UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-121-MOC
1:18-cr-66-MOC-WCM-4

| | |
|---|---|
| **LONNIE ALTON HENDERSON,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner's *pro se* Letter, (Doc. No. 13), that was docketed as a Motion to be Relocated to Mecklenburg County Jail.

Plaintiff initiated this post-conviction proceeding pursuant to 28 U.S.C. § 2255 *pro se*, but he is now represented by counsel. See (Doc. No. 10). There is no right to "hybrid representation" in which defendant is represented both by himself and by counsel. McKaskle v. Wiggins, 465 U.S. 168, 183 (1984); see Cain v. Peters, 972 F.2d 748, 750 (7th Cir.1992) (representation by counsel and self-representation are mutually exclusive entitlements in light of McKaskle). Counsel has not adopted Plaintiff's *pro se* filing, and therefore, it will be stricken.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Letter, (Doc. No. 13), that was docketed as a Motion to be Relocated to Mecklenburg County Jail, is **STRICKEN** as an unauthorized *pro se* filing.

Signed: December 7, 2021

Max O. Cogburn Jr
United States District Judge