UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:21-cv-121-MOC
(1:18-cr-66-MOC-WCM-4)

| | |
|---|---|
| LONNIE ALTON HENDERSON, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Notice of Proposed Hearing Dates. (Doc. No. 17).

The Court previously set an evidentiary hearing on Petitioner's Motion to Vacate pursuant to 28 U.S.C. § 2255, and the Petitioner was transferred to this District to confer with counsel and appear at the hearing. (Doc. No. 12). The hearing date was subsequently cancelled on Petitioner's unopposed Motion to Continue. (Doc. No. 15). The parties were instructed to notify the Court of proposed hearing dates, which they have done. (Doc. Nos. 15, 17). The hearing is now rescheduled for Thursday, January 27, 2022 at 9:30 AM in Asheville.

The United States Marshal will be instructed to ensure that Petitioner, Lonnie Alton Henderson, remain in this District ahead of the hearing so that he may continue to confer with counsel, and be present for a hearing on his § 2255 Motion to Vacate on Thursday, January 27, 2022 at 9:30 AM at the U.S. District Court at 100 Otis Street, Courtroom 2, Asheville, NC.

**IT IS THEREFORE ORDERED** that:

1. An evidentiary hearing has been scheduled for **Thursday, January 27, 2022 at 9:30 AM** at the U.S. District Court at 100 Otis Street, Courtroom 2, **Asheville**, NC.

1

2. The United States Marshal shall make arrangements to have the Petitioner, **LONNIE ALTON HENDERSON** (Reg. No. 99563-555), to remain in this District so that he may be afforded an adequate opportunity to confer with counsel, and appear for the hearing.

3. The Clerk of Court is directed to provide a copy of this Order to the parties, the United States Marshals Service, and the Bureau of Prisons.

Signed: December 9, 2021

Max O. Cogburn Jr
United States District Judge